United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER CARBAJAL,

    Petitioner,

vs.

A. HEDGPATH, Warden,

    Respondent.
_____/

No. C 08-2961 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 24, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.08\CARBAJAL2961.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER CARBAJAL,

        Petitioner,

v.

A HEDGPATH et al,

        Respondent.

Case Number: CV08-02961 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Carbajal P22467
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: July 24, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk