FILED
08 JUL 28 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT,

Plaintiff,

vs.

Peter Carbajal,    Defendant.

CASE NO. CV 08 2961 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Peter Carbajal, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $13          Net: $18.20

Employer: Kern Valley State Prison

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.     Business, Profession or                    Yes ___ No ✓
10         self employment
11     b.     Income from stocks, bonds,            Yes ___ No ✓
12         or royalties?
13     c.     Rent payments?                           Yes ___ No ✓
14     d.     Pensions, annuities, or                  Yes ___ No ✓
15         life insurance payments?
16     e.     Federal or State welfare payments,     Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____
22 _____

23 3.     Are you married?                               Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____ None _____
6  _____

7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ✓
20 _____
21 8. What are your monthly expenses?
22 Rent: $ N/A                     Utilities: N/A
23 Food: $ N/A                     Clothing: N/A
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 25 | | |
| 26 The State | $ 818.20 | $ |
| 27 | $ | $ |
| 28 | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____"No."_____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ____ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _____    _____
17      DATE                                SIGNATURE OF APPLICANT

Case Number: _CV08-2961_

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Carbajal, P  P22467_ for the last six months at

[prisoner name]

_Kern Valley State Prison_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _8.76_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _2.14_.

Dated: _7/17/08_

_V. Scruggs, Acct Tech_

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                           REPORT DATE: 07/15/08
                                                  PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 15, 2008

ACCOUNT NUMBER  : P22467           BED/CELL NUMBER: FDB300000000204U
ACCOUNT NAME    : CARBAJAL, PETER  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  -----------    -------    ---------  --------  -----------  -------

01/01/2008   BEGINNING BALANCE                                             0.00

01/07*VD54 INMATE PAYROL 1020DEC146              11.07                   11.07
01/14 FC04 DRAW-FAC 4    1065/FD3D                           5.80         5.27
02/06*VD54 INMATE PAYROL 1209JAN124               8.75                   14.02
02/19 FC04 DRAW-FAC 4    1280/FD3D                          14.02         0.00
03/06*VD54 INMATE PAYROL 1404FEB152               7.61                    7.61
04/15 FC04 DRAW-FAC 4    1654/FD3D                           7.61         0.00
05/06*VD54 INMATE PAYROL 1782APR205               8.38                    8.38
05/06*VD54 INMATE PAYROL 1787MAR264               8.38                   16.76
05/12 W536 COPAY CHARGE  1815/MD                             5.00        11.76
05/19 FC04 DRAW-FAC 4    1873/FD3D                          11.76         0.00
06/05*VD54 INMATE PAYROL 1970MAY155               8.38                    8.38
06/05 W516 LEGAL COPY CH 1972/LCOPY                          2.00         6.38
06/09 FC04 DRAW-FAC 4    1982/FD123                          6.38         0.00


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/17/98                CASE NUMBER: *SS980785
COUNTY CODE: *MON                       FINE AMOUNT: $    500.00

   DATE     TRANS.    DESCRIPTION                    TRANS. AMT.   BALANCE
   ----     ------    -----------                    -----------   -------

01/01/2008   BEGINNING BALANCE                                      442.05

01/07/08    VR54    RESTITUTION DEDUCTION-SUPPORT      12.28-       429.77
02/06/08    VR54    RESTITUTION DEDUCTION-SUPPORT       9.72-       420.05
03/06/08    VR54    RESTITUTION DEDUCTION-SUPPORT       8.45-       411.60
05/06/08    VR54    RESTITUTION DEDUCTION-SUPPORT       9.29-       402.31
05/06/08    VR54    RESTITUTION DEDUCTION-SUPPORT       9.29-       393.02
06/05/08    VR54    RESTITUTION DEDUCTION-SUPPORT       9.29-       383.73
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
BY _____
     TRUST OFFICE


```
REPORT ID: TS3030  .701                              REPORT DATE: 07/15/08
                                                     PAGE NO:         2
                         KERN VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 15, 2008

ACCT: P22467       ACCT NAME: CARBAJAL, PETER            ACCT TYPE: I

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
  ---------    --------    -----------    -------      -------     ------------
      0.00       52.57         52.57         0.00         0.00            0.00


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                         0.00
                                                     ---------
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
   TRUST OFFICE





LEGAL MAIL

...aley State Prison
...ity D, Building 3

Northern District Of California
USC Golden Gate Avenue
San Francisco CA. 94102

**KVSP LEGAL MAIL**

**KVSP LEGAL MAIL**

**KVSP LEGAL MAIL**

**KVSP LEGAL MAIL**